STATE v. BAILEY

No. 451P99

Case below: 134 N.C.App. 733

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. BATTS

No. 371A99

Case below: 134 N.C.App. 185

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999.

STATE v. BLANTON

No. 322P99

Case below: 133 N.C.App. 445

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Justice Wainwright recused.

STATE v. BOYD

No. 177A83-4

Case below: 350 N.C. 838

Surry County Superior Court

Motion by defendant for stay of execution denied 14 October 1999. Motion by defendant for reconsideration of petition for writ of certiorari dismissed 14 October 1999.

STATE v. BOYD

No. 177A83-5

Case below: Surry County Superior Court

Motion by defendant for temporary stay denied 18 October 1999. Petition by defendant for writ of supersedeas denied 18 October 1999. Petition by defendant for writ of certiorari to review the order of the Superior Court, Surry County, denied 18 October 1999.